UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
DEC 7 - 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Linda Evans**
**Queen Bees Team 1000**
**(On Behalf of -**
**The People of the United States**
 **(Plaintiffs)**

22cv50420
Judge Philip Reinhard
Magistrate Judge Lisa A. Jensen

**Vs.**

**1. State of Louisville, Kentucky FBI**
**2. State of Kentucky /Office of Louisville Kentucky Prosecutors (aka COMMON WEALTH)**
**3. Louisville Kentucky Metro Police Department**
**(Defendants)**

## LIST OF COMPLAINTS

For these named governmental agencies listed under the state of Kentucky, you are hereby has been found guilty of the following **1,267 COUNTS/aka as BEE STINGS** that has been tied into all cases bearing John Fitzgerald Johnson.

This would also include the lost, tampering or disposing of all of the affidavits that was submitted to all three of these named agencies by mail that came from and delivered by the State of Illinois. Taken from Linda Evans who originally submitted signed, sworn and witnessed upon affidavits that John F. Johnson was to remain to be free from any and all charges that was renamed and falsified by these governmental agencies. Taken from December of 2020.

These charges are a list of charges from all of the named Kentucky governmental offices held from the dates of June 25, 2020 to November 10, 2022.

All of these named Governmental agencies **HAD NO AUTHORITY** given to them to create any charges against John Fitzgerald Johnson and/or the supporters and/or protest that supported Mr. Johnson or Breaonna Taylor. All governmental agents regardless of the state it resides in are **SERVANTS** of the general public. We the real "PEOPLE" made up of flesh and blood tells government what to do and how they are to be servants of the general public not the other way around. Each governmental agency regardless of its original state are paid by the real human beings that has been considered as taxpayers and by taxpayers' dollars that supports 100% of their business and corporations within all states that makes up the United States of America.

With the full understanding of this true meaning. We, "the real People" are the original authority, which makes any form of governmental office to have to answer to us. Your decisions taken from all of your false trials, false sentencing, and unclear arrests that was made against John Fitzgerald Johnson will NOW BE OVERRULED,DISMISSED, THROWN OUT, ERASED, AND FINALLY TERMINATED by the People who resides within the United States.

We, "The People" that makes up of real human beings taken from our flesh and blood that has been created by God. Will now come forth to challenge these governmental offices of Kentucky that is still holding Mr. Johnson within their custody without any foundational evidence, without any tangible evidence and without any proven paperwork to support their open kidnapping of John Fitzgerald Johnson.

HERE ARE THE LIST OF **1,267 CHARGES** that shall be applied: Here are the break down of Charges and Counts held against you.

1. **COUNTS = 6 counts: For Hate crime of Conspiracy.** Isn't said to be true that Kentucky has a hidden button in the Kentucky's prosecutor's office that is tied with the media company named CNN where the public was notified that John F Johnson was already tried, convicted and sentenced? Isn't this also called Pre-mediated of hate and conspiracy? Isn't it true that Sept 4, 2020 is after June 25,2020?

2.**COUNTS 1 (One): For Hate crime and Conspiracy.** If Sept 4,2020 is after June 25,2020 who gave this state government permission to create and set up these list of crimes before anything could be done by John F Johnson?

**3.COUNTS: 1000 counts (estimated): FRAUD for being a government impostor.** On all of the pages with charges being brought against John F. Johnson it states in all capital letters. "COMMONWEALTH" verses John F Johnson. After researching the history of COMMONWEALTH this is of a British government and not a government of the United States Corporations. So how did Kentucky government list and pretend to be of the British Colony? Whose rules or supposed laws were used against John F Johnson?

**4.COUNTS = 4 counts of : FRAUD OF JURISDICTION.** Since all Kentucky government is being imposter under a British government then Can the original **COMMON WEALTH** prove that a crime was committed by their laws or rules of their country would apply to John F Johnson?

Mr. Johnson's home was invaded by what part of Kentucky's government? First it was stated that the Kentucky police then it was changed to Kentucky's US Marshal? So which level of government for the state of Kentucky was part of Mr. Johnson's home invasion that took place on Dec 2,2020? Was this of the British government or the U S government?

**5.COUNTS 8: FRAUD OF CREATING ALL TRIALS/ ARRESTS/ SENTENCING** without any proven and tangible evidence. How did Mr. Johnson go from having no charge to eight charges within 2-3 years period of time?

Who were the ones who was on the Kentucky's bench that aided and abetted with the false trials/ arrest/ sentencing? Who were the one being imposters of Kentucky's government courts?

**6.COUNTS 15: FRAUD / AIDING AND ABETTING:** Isn't said to be true that all of the jurors stated that they were Mr. Johnson's peers, when lying under oath has always been considered as a courtroom crime? The KY judges who sat on the bench on these <u>**NO CASE/ NO TRIAL/ NO EVIDENCE**</u> was accepted. While allowing the 12 jurors to perjure themselves because they lied under oath that they were members of Mr. Johnson's peers. White people can never be a black man's peer.

**7.COUNTS 2: FRAUD OF MAIL TAMPERING.** Isn't true that Linda Evans mailed to Kentucky's FBI and Louisville Metro Police signed original affidavits to place the original stop to the entire state of Kentucky for any and all false charges to be brought against John F. Johnson?

What happened to that evidence? Where is that evidence that had challenged Kentucky's authority? While Mr. Johnson was to remain free. Within those pages it was made clear that if Kentucky did not take their hands off of Mr. Johnson then they will be served up to 120 years of their jails for the associated charges that was tied to the name of John F Johnson under their false and deceitful intentions. That evidence came from the state of Illinois with the Illinois postal seal.

### 8.COUNTS 2: FRAUD OF BREACH OF CONTRACT.
Again; What happened to that evidence that was submitted by Linda Evans? Where is that evidence that had challenged Kentucky's authority? While Mr. Johnson was to remain free. Within those pages it was made clear that if Kentucky did not take their hands off of Mr. Johnson then they will be served up to 120 years of their jails for the associated charges that was tied to the name of John F Johnson under their false and deceitful intentions. That evidence came from the state of Illinois with the Illinois postal seal.

### 9.COUNTS= 2: FRAUD OF BAITING AND SWITCHING OF LAWS.
What types of alleged laws were used in all of the charges that was held against John F. Johnson? Was it of the British rules or US rules? Was it under civil or commerce? Where is the documents to suppose these alleged laws or rules that where Johnson was told and properly explained of all of the baiting and switching Kentucky government has done.

### 10.COUNT 25 (at least): FRAUD TAMPERING WITH EVIDENCE.
Where is all of the rebutted affidavits? Where are the alleged laws and rules that says that the use of a flashlight cannot be used in alleged laws or rules?

### 11.COUNTS = 2 counts of :FRAUD OF AN IMPOSTOR OF GOVERNMENT.
Can Kentucky government show positive proof that the original British Colony allowed Kentucky to use their rules and government to be applied to John F Johnson?

### 12.COUNTS: 16 counts of: FRAUD OF AN IMPOSTOR OF GOVERNMENT.
Can Kentucky government show positive proof of the British Government has made any charges against Mr. Johnson to the point of Kentucky creating 8 false charges? Who originally made the charges the

British government or Kentucky's government?

13.**COUNTS: Seven (7) counts of : FRAUD OF JURISDICTION**: Since Kentucky has done several counts of baiting and switching of records and reporting of incidents. Who and Where are all of these pages taken from these false three arrest/ 3 trials (will need copies of all government courtroom with sworn dates and court stamps) . Please include the false sentencing date and court recorded records.

14.**COUNTS : 7 COUNTS: FRAUD OF FOUNDATIONAL EVIDENCE:** Who, what, when, where, how and why. This makes up the needed evidence for this state. This will be done one by one with all new witnesses present. That way Kentucky will not get the opportunity to tamper with any items that was previously held against Mr. Johnson. No stone will be left unturned.

15.**COUNT: ?: FRAUD OF WITNESS LIST OF EVIDENCE.**
Who were all of the eye witnesses that was alleged been on the building. Who are the witnesses that was standing directly next to John F Johnson that could testify that a weapon was used?

Where are the pages of injuries from the victims that made the false claim of Mr. Johnson was targeting them with a gun? These pieces of evidence needed to be stamped near the date of Sept. 4, 2020?

16.**COUNT: 15 COUNTS : FRAUD OF CIRCUMSTANTIAL EVIDENCE/ COUNTS OF CONSPIRACY.** What evidence was deleted, tampered with or on purposely not used by Kentucky's government?

Why wasn't all of the photos of John F Johnson viewed to that juror who lied about being Mr. Johnson's peers? Isn't it true that there were 3 days of photos done where Mr. Johnson had on different clothing posing with a gun from different days of being in Kentucky? How where there anyway of knowing that that was the original photo or the original day in question? Wasn't Mr. Johnson invited to Kentucky by Kentucky's government even after they verbally threaten to kill Mr. Johnson's family? Where the Kentucky officials made an open apology?

What Kentucky government agent was scheduled to work on the date of Sept 4,2022? What were the whereabouts of Daniel Nally and Det. Hanna

with Kelly Goodlett? Aren't these females carrying under the same person with a different name?

More of these counts will be added on later after each charge has been done.

**17. COUNTS: ? : FRAUD OF TANGIBLE EVIDENCE.** If there was no gun used to commit a crime where is the positive proof to this? Where is it written to the alleged law or rules that applies to the human being for a flashlight?

More of these counts will be added on later after each charge has been done.

**18. COUNTS 100: How many Black men and women did the state of Kentucky jail under using the <u>COMMONWEALTH</u> title of claim and Jurisdiction?** For supporting either Ms. B .Taylor or John F. Johnson. At this time Kentucky needs to turn over all of the Blacks men and women's documents they have kidnapped and jailed for re-evaluation of case and information. As it stands 100 has been victimized by Kentucky's named government. This number can change by either deceasing or increasing.

**19. COUNTS = 8 COUNTS: BAIT AND SWITCH/ FRAUD IN COMMERCE.** Kentucky government stated that in order for John F Johnson to be freed from their custody he has been charged $250,000 times eight charges = 2 million dollars. Isn't this a proven fraud where Kentucky is using a human being for a financial gain and none of this has to do with Sept 4,2022? This is positive proof that John F Johnson was brought in a slave to pay the debts of Kentucky. Since the US Constitution is not law and has never been made to be law this is proof that its against the flesh and blood of human people. This is in violation of your amendment 13 where Kentucky has just brought John F Johnson as a slave.

**20. FALSE / FRAUD: TWO COUNTS :** Under Louisville, Kentucky for the listing of your Civil Appeals Court was this under the British rules of government or the United States government for jurisdiction and authority?

**21. FALSE / FRAUD/ WRONGFUL ARREST: COUNTS 6:** When Louisville, Kentucky had placed John F. Johnson three times under the false and fraud arrests. was it using the British rules of government or the United States' government?

**22. FALSE/ FRAUD/FOR KENTUCKY'S COURT/ TWO COUNTS:**
For the named Judge McKay Chauvin was he posing himself as a US state judge with Kentucky licenses or was he posing himself as British Judge for the British ruling? Was this clear to John F. Johnson under a sworn, witnessed and notarized affidavit?

**23. FAKE/ FRAUD/ BAIT AND SWITCHING: 25 COUNTS**: If the original charge of ENDANGERMENT was based upon a set of human beings then why wasn't the Kentucky FBI and Metro Police and Kentucky Prosecutors named instead of the title of COMMON WEALTH? Are we to assume that these three departments make up COMMON WEALTH?

**24.TWO COUNTS OF KIDDNAPPING/ TWO COUNTS OF FRAUD (BAIT AND SWITCH ON WHICH GOVERNMENT AGENCY DID THE ARRESTS)** : Department of Corrections can be charged with holding Mr. Johnson as a hostage taken from the United States Marshall kidnapping. Bringing this man into custody without the proper jurisdiction. Kentucky when out of state , three months after the Louisville event. You time was up? Then on your government records you stated that the United States Marshall was the ones who busted inside of this man's house. Isn't true that the United States Marshall can only arrest and take other governmental officials into custody. Mr. Johnson is not a worker of the US Government. So again who gave you the authority to break inside of his house out of state?

**25.FALSE/ FAKE/ FRAUD/ BAIT AND SWITCHING FROM KENTUCKY PROSECUTORS : TEN COUNTS**
Both the 5 counts of WANTON ENDANGERMENT -numbered 0132010 ( ODA 354343-1 TO 5) And Federal Case of Forfeiture (which left to be incomplete because there was no separate number )

According to the records of **KENTUCKY** these cases has been listed under one number for both Federal and Local Kentucky to one in the same.

Evidence : **21-CR-002295**

The named prosecutors who are assigned with both the Federal and Local

Kentucky government failed to provide real tangible evidence to support their case. In order for a case or complaint to filed there needs to be 100% of tangible evidence to support the charge. This entire case was entered in with

**NO EVIDENCE**. It is based upon HEARSAID EVIDENCE. To continue into a SCHEDULED TRIAL is fraud and all of the prosecutors and assigned Judge are now liable of losing both their position and jail time for putting together a fraud case where it clearly shows all proven points of discovery.

KENTUCKY'S FEDERAL COURTS ARE NOW IN VIOLATION OF 18 US. CODE 242 . **COUNT.** This is also called under the color of law. This state is making up laws as they go along.

On the **Federal Side**: After viewing the public statements. This Kentucky Federal Court has failed to show where any of Mr. Johnson's guns were ever used on the date of September 4, 2021. The state of Kentucky cannot collect on Mr. Johnson's personal property ( aka guns) unless your court can prove that all of Mr. Johnson's guns were used in a crime.

According to KY (Kentucky) they have a lot of old videos where Johnson is running off at the mouth. None of these videos can be used because NO CRIME WAS EVER COMMITTED BY JOHNSON. Those videos can only be used if Johnson stated that he was going to kill someone and then he acted upon it. Having many videos of Johnson running off at the mouth and having a bad personality does not classify as EVIDENCE.

**COUNTS OF FEDERAL FRAUD/ ABUSE OF THIS COURT'S AUTHORITY**: This federal court cannot prove that Johnson's were bought or sold to the federal government. Johnson's guns was not purchased by any government staff of Kentucky. The only way for their to be a Forfeiture this federal court would have to show their own proven receipts. This Federal Court has abused their authority by being in 2 VIOLATIONS counts;

OF (A). Title 18 U.SC. 924. This federal court would need to show how they came about to have authority over Johnson's guns and ammunition and (B) Title 28 US C & 2461. In order for this to be in place the Federal government can only ask for any guns or weapon after any named DEFENDANT has ALREADY been found guilty of a crime. By having a trial without this is FRAUD and now this state is BUSTED for fraud and criminal intentions.

EVIDENCE: Where is the crime here? The only thing found was a list of the federal staff documenting their personal feelings about Johnson. This is HEARSAID INFORMATION. It cannot be used in any COURT OF YOUR

LAWS. There are NO-LAWS against a person's character defects.

**KENTUCKY PROSECUTORS (aka COMMONWEALTH):** Posing themselves as a jurisdictional government. Or were they of the British government?

**FULL TERMINATION OF ALL JUDGES, and PROSECUTORS,** and demanding payment of all government workers who now will be held accountable for these malicious acts and criminal intentions. This list will include the Kentucky FBI and Kentucky Police for each department who played a part in the makings of a false trial. **This will now means that all parties that will have this final termination of employment all licenses to work anywhere within the United States will be (FULLY REVOKED) also sworn for final TERMINATION** by my sworn signature.

Anytime a person does a sworn affidavit and it has been accepted and not challenged within the original 30 days of acceptance no more generated cases/ trials/ or charges can be applied to John F Johnson. Ignoring this will not make the matter to go away. It just makes more charges to be brought up against you

If COMMON WEALTH IS NOT HUMAN then how can a business or a copyrighted name bring charges against another human being? Since there was five counts of endangerment from a listed code and not a human being

The US Constitution was used as rules for any person who wants to be a part of that government. Only tenders can be used in business of commodities not humans.

We need to see how Kentucky is making their income, on all governmental levels.

1. At this point in time the state of Kentucky need to figure out who going to go to jail for all of these charges that has now been filed and documented? Kentucky's government was already told that the max of these charges will be 120 years for each person who participated in these list of crimes that was done against the human being called John F. Johnson. Back in the year of 2020.

2. Under all of the sworn and signed affidavits for the PRISON RELEASE

of John F. Johnson. The state of Kentucky will bring this named human being to the state of Illinois to show a proven receipt that this man is no longer in the state or federal custody of Kentucky or its governmental officials. He will be set free from all charges from Kentucky's alleged laws and/or rules.

There will be an ORDER OF PROTECTION against all levels of Kentucky Government put in place so no more false charges can be applied to this said and named human being called John Fitzgerald Johnson.

## **PART 2 OF FILED COMPLAINT:SETTLEMENT**

SETTLEMENT START UP: **SEVEN BILLION DOLLARS**

Where and How will this price be paid or settled upon?

Every governmental agency has an employee insurance bond valued up to one to five million dollars depending on the full agency and its original members found guilty. We will find go through every Kentucky agency that has played a part of these charges and apply it to the final settlement as we get to the final closing of this said case.

Since the city of Louisville, Kentucky has gotten comfortable in their many levels of corruption part of this settlement will include a full commercial lien all of the future Louisville Kentucky Earnings against their yearly Kentucky Derbies until John Fitzgerald Johnson has been made free and released from Kentucky's custody unharmed and untouched by governmental officials.

**For An Example**: Included with these pages of complaint, there will be original pages of Affidavits of Prison Release and Cease and Desist Order made by the People. Within those sworn pages, it clearly states that Louisville, Kentucky has **exactly 30 DAYS to RELEASE** John Fitzgerald Johnson. Should Mr. Johnson still be within the custody of Kentucky after the 30 days are up. Each year of the Kentucky Derby will be added in for additional time of final collections and deducted from the final settlement.

After Releasing Mr. Johnson, Kentucky cannot ever bring any new charges up against this man.

(A). On day 31(If Mr. Johnson is still in custody) after the Release Notice- an additional day of lien on another full year of Kentucky Derby's profit and income will be lien and placed as collateral. And So on until Mr. Johnson walks free and clear.

(B). If there is another 30 days after the Affidavit of Prison Release and Mr. Johnson is still in Kentucky's custody, we the People will file more charges and place more liens on all of this state's profitable earning, until this man is set free.

30 more days = 30 more years of earnings owed to the People and the named Plaintiffs. So time is ticking. Kentucky has already wasted 3 years of this. We the People ar not giving you any more time. Time is up.

Part of this Settlement might include criminal charges (with 120 of jail time ) to be all listed named Louisville, KY department if a final settlement can not be agreed upon. Do we now have your complete attention?

I, Linda Evans had promised the Kentucky FBI and their local police that I would sue the fuck out them for a very, very large amount and apply for 1, 217 charges and for 120 years that each one of these department would be forced to serve upon.

**DEMAND THE RELEASE OF AND NO MORE TRIALS BY GOVERNMENT REGARDLESS OF ITS GOVERNMENT COURT LEVEL.**

**Kentucky has been given several Affidavits of PRISON RELEASES that was truly signed, sworn, witnessed upon and served to these named Kentucky governmental agencies, by true human beings. (Please see the enclosed attachments)**

1. The man that is called by name: John Fitzgerald. Johnson
2. The men and/or women who were jailed (In Louisville, KY) for being a protestors or/and supporters of the Breonna Taylor
3. The men and/or women who were jailed (In Louisville, KY)for being either a protestor and/or supporter of John F. Johnson

**These are all NON-CRIMINAL TYPES CASES.**

Before using of any more governmental courts, regardless of its state. **All parties listed** will have the opportunity to participate in an **ARBITRATION / MEDIATION** of service that will be mailed to them after the governmental court has assigned a court filing number. The US **ARBITRATION / MEDIATION** that consist of several attorneys will stand as a hired moderator and witness until a final decision has been met. If a formal decision cannot be met than all parties will be advised that the governmental court will be served upon as a final resort and/ or resource. These concludes the information for this formal complaint.

This does not include any given time for the final release of John Fitzgerald Johnson.

Mr. Johnson shall be brought to the state of Illinois for his final release. This will be shown as a final stamped receipt of his returns and all dismissals documented.

*Tonda Evans* 12/7/22